# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MICHAEL SALVAGGI, SR., | : | No. 32 MAP 2019 |
| | : | |
| Appellant | : | |
| | : | Appeal from the Order of |
| | : | Commonwealth Court at No. 652 MD |
| v. | : | 2018 dated January 24, 2019 and |
| | : | exited January 25, 2019. |
| | : | |
| COMMONWEALTH COURT OF | : | |
| PENNSYLVANIA, PENNSYLVANIA | : | |
| BOARD OF PROBATION AND PAROLE, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2019, Appellee's Application for Summary Relief is GRANTED. The Order of the Commonwealth Court is AFFIRMED.